1  MARILYN FINE, ESQ.
   Nevada Bar No. 005949
2  mfine@nvbusinesslawyers.com
   RACHEL E. DONN, ESQ.
3  Nevada Bar No. 010568
   rdonn@nvbusinesslawyers.com
4  **MEIER & FINE, LLC**
   2300 West Sahara Avenue, Suite 430
5  Las Vegas, Nevada 89102
   Telephone: (702) 673-1000
6  Facsimile: (702) 673-1001

7  *Attorneys for Plaintiff/Counterclaim Defendant*
   *BANCROFT LIFE & CASUALTY ICC, LTD.*

```
☑ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

        NOV 14 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| BANCROFT LIFE & CASUALTY ICC, LTD., | Case No.:3:11-cv-00214-LRH-WGC |
| Plaintiff, | **PLAINTIFF/COUNTERCLAIM DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FFD RESOURCES IV, LLC AND FFD VENTURES, LLP'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS** |
| vs. | |
| FFD RESOURCES IV, LLC, | |
| Defendants. | |
| FFD RESOURCES IV, LLC AND FFD VENTURES, LLP, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| BANCROFT LIFE & CASUALTY ICC, LTD., | |
| Counterclaim Defendant. | |

Plaintiff, BANCROFT LIFE & CASUALTY ICC, LTD, (hereinafter "Bancroft") by and through its counsel of record, the law firm of MEIER & FINE, LLC, hereby files this Unopposed Motion for an Extension of Time to Respond to FFD Resources IV, LLC

- 1 -

File No.: 1625.001

and FFD Ventures, LLP's (hereinafter collectively "FFD") Motion for Leave to File Amended Answer and Counterclaims filed herein on October 19, 2011 [Dkt. 48]; and respectfully provide the Court the following:

1. Bancroft initiated the instant action by filing its Complaint [DKT. 01] on March 23, 2011;

2. FFD filed its Answer and Counterclaims [Dkt. 16] against Bancroft on August 5, 2011;

3. FFD filed its Motion for Leave to Amend Answer and Counterclaims [Dkt 48] on October 19, 2011;

4. Bancroft filed its Motion to Dismiss FFD's Counterclaims [Dkt. 49] on October 20, 2011;

5. The last day for Bancroft to file its response to FFD's Motion for Leave [Dkt. 48] to Amend is November 3, 2011.

6. The parties are in process of settlement negotiations and accordingly, Bancroft requests as extension of time to respond to FFD's Motion to Amend [Dkt. 48] to Friday, November 11, 2011;

7. FFD does not oppose an extension of this deadline

For the above-stated reasons, Bancroft respectfully submits that the Court grant this motion to extend time for Bancroft to respond to FFD's Motion to Amend [Dkt. 48] to

/ / /

- 2 -

File No.: 1625.001

1  November 11, 2011 and to enter the proposed Order set forth below.

2  Dated this 3rd day of November, 2011.

                          MEIER & FINE, LLC

                          */s/ Marilyn Fine, Esq.*

                          MARILYN FINE, ESQ.
                          Nevada Bar No. 005949
                          RACHEL E. DONN, ESQ.
                          Nevada Bar No. 010568
                          **Meier & Fine, LLC**
                          2300 West Sahara Avenue, Suite 430
                          Las Vegas, Nevada 89102

                          *Attorneys for Plaintiff*

                          **ORDER**

IT IS SO ORDERED.

Dated: 11-10-11

                          _____
                          UNITED STATES MAGISTRATE JUDGE

                          ###

File No.: 1625.001