✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 14 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

MARILYN FINE, ESQ.
Nevada Bar No. 005949
mfine@nvbusinesslawyers.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
rdonn@nvbusinesslawyers.com
MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Telephone: (702) 673-1000
Facsimile: (702) 673-1001

*Attorneys for Plaintiff/Counterclaim Defendant*
*BANCROFT LIFE & CASUALTY ICC, LTD.*

MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-o0o-**

BANCROFT LIFE & CASUALTY ICC, LTD.,

Plaintiff,

*vs.*

FFD RESOURCES IV, LLC,

Defendants.

FFD RESOURCES IV, LLC AND FFD VENTURES, LLP,

Counterclaim Plaintiffs,

vs.

BANCROFT LIFE & CASUALTY ICC, LTD.,

Counterclaim Defendant.

Case No.:3:11-cv-00214-LRH-WGC

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FFD RESOURCES IV, LLC AND FFD VENTURES, LLP'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

Plaintiff, BANCROFT LIFE & CASUALTY ICC, LTD, (hereinafter "Bancroft") by and through its counsel of record, the law firm of MEIER & FINE, LLC, hereby files this Unopposed Motion for an Extension of Time to Respond to FFD Resources IV, LLC

MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001

and FFD Ventures, LLP's (hereinafter collectively "FFD") Motion for Leave to File Amended Answer and Counterclaims filed herein on October 19, 2011 [Dkt. 48]; and respectfully provide the Court the following:

1. Bancroft initiated the instant action by filing its Complaint [DKT. 01] on March 23, 2011;

2. FFD filed its Answer and Counterclaims [Dkt. 16] against Bancroft on August 5, 2011;

3. FFD filed its Motion for Leave to Amend Answer and Counterclaims [Dkt 48] on October 19, 2011;

4. Bancroft filed its Motion to Dismiss FFD's Counterclaims [Dkt. 49] on October 20, 2011;

5. The last day for Bancroft to file its response to FFD's Motion for Leave [Dkt. 48] to Amend is November 3, 2011.

6. The parties are in process of settlement negotiations and accordingly, Bancroft requests as extension of time to respond to FFD's Motion to Amend [Dkt. 48] to Friday, November 11, 2011;

7. FFD does not oppose an extension of this deadline

For the above-stated reasons, Bancroft respectfully submits that the Court grant this motion to extend time for Bancroft to respond to FFD's Motion to Amend [Dkt. 48] to

///

November 11, 2011 and to enter the proposed Order set forth below.

Dated this 3rd day of November, 2011.

MEIER & FINE, LLC

*/s/ Marilyn Fine, Esq.*

MARILYN FINE, ESQ.
Nevada Bar No. 005949
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
**Meier & Fine, LLC**
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated: 11.10.11.

[signature]
UNITED STATES MAGISTRATE JUDGE

###



File No.: 1625.001

MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001