# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BANCROFT LIFE & CASUALTY ICC, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00214-LRH-WGC |
| | ) | |
| vs. | ) | |
| | ) | MINUTE ORDER |
| FFD RESOURCES IV, LLC, | ) | |
| | ) | August 13, 2012 |
| Defendant. | ) | |
| | ) | |

PRESENT:     THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:     NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court are Plaintiff's Motion for Leave to Submit Supplemental Brief on Collateral Estoppel Effect of Related Case in Support of Motion to Dismiss Amended Counterclaims (#71) filed on July 23, 2012, and Defendant and Counterclaimants' non-opposition and Motion for Leave to File a Response to Plaintiff's Supplemental Brief (#76) filed on August 10, 2012.  Good cause appearing,

It is hereby ORDERED that Plaintiff's Motion for Leave (#71) and Defendant and Counterclaimants' Motion for Leave (#76) are GRANTED.  Plaintiff shall promptly file its proposed supplemental brief.  Defendant and Counterclaimants shall have 10 days from the entry of this order to file a response, which may not exceed 10 pages, excluding exhibits.  Within 7 days thereafter, Plaintiff may file a reply, which may not exceed 5 pages, excluding exhibits.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By: _____/s/_____
         Deputy Clerk